IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS, etc., | ) ) ) | CV 05-00627JMS-KSC |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| UNIVERSAL AIR CONDITIONING AND REFRIGERATION INC., | ) ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 14, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 30, 2006.

J. Michael Seabright
United States District Judge

Case 1:05-cv-00627-JMS-KSC   Document 17   Filed 06/30/06   Page 2 of 2     PageID #: 155